IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE No. 1:19-cv-00374-AT |
| ORGANIC DEED, LLC, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, JESSICA BLINKHORN, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), her Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice and without an award of fees or costs to either party.

Dated: February 22, 2019.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

craig@ehrlichlawoffice.com

## **CERTIFICATE OF SERVICE**

I certify that on February 22, 2019, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. Further, a true and correct copy of the foregoing was served upon the following party via U.S. Mail with proper postage affixed thereon:

Organic Deed, LLC
1245 Fowler Street
Atlanta, Georgia 30318

An additional copy of the foregoing was also provided via hand delivery as follows:

Buddy's Convenience, Inc.
c/o Imad Siddiqui, as Secretary
1079 North Avenue
Atlanta, Georgia 30307

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich